# COURTROOM DEPUTY MINUTES
# MIDDLE DISTRICT OF ALABAMA

DATE: **JANUARY 31, 2007**

DIGITAL RECORDING: 3:33 - 3:38

- √ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06-MJ-10-CSC**   DEFT. NAME: **CLARANCE EARL BIVINES**

USA: Tommie Hardwick   ATTY: Robert Deeman

USPTSO/USPO: Tamara Martin   Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

Defendant ____ does _____ does NOT need an interpreter; NAME: _____

- √ Kars.   Date of Arrest **1/31/07** or ☐ Rule 5 Arrest
- √ kia.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- √ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- √ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- √   Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held; √ Set for **2/6/07 @ 3pm**; ☐ Prelim. Hrg Set for **2/6/07 @ 3pm**
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).
    ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.   Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.   Waiver of Preliminary hearing;
- ☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ Karr.   ARRAIGNMENT SET FOR: _____ ☐ **HELD**. Plea of **NOT GUILTY** entered.
    ☐ Trial Term _____   ☐ PRETRIAL CONFERENCE DATE: _____
    ☐ DISCOVERY DISCLOSURES DATE: _____