### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CASE NO.: 2:07mj10-CSC |
| | ) |
| **CLARANCE EARL BIVINES** | ) |

### NOTICE OF ATTORNEY APPEARANCE

**COMES NOW** the undersigned and notifies this Honorable Court that he has been retained to represent the Defendant, **CLARANCE EARL BIVINES**, in the above styled cause. The undersigned counsel further shows that he is a member in good standing of the Bar of this Court.

**RESPECTFULLY SUBMITTED** this 7th day of February 2007.

> **s/ William R. Blanchard**
> **WILLIAM R. BLANCHARD (BLA029)**
> Attorney for the Defendant
> BLANCHARD LAW OFFICES
> 505 South Perry Street
> Post Office Box 746
> Montgomery, Alabama 36101-0746
> Office: (334) 269-9691
> Fax: (334) 263-4766
> bill@blanchardlaw.com

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CASE NO.: 2:07mj10-CSC |
| | ) |
| **CLARANCE EARL BIVINES** | ) |

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Tommie Hardwick, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

     Respectfully submitted,

     s/ William R. Blanchard (BLA029)
     BLANCHARD LAW OFFICES
     505 South Perry Street
     Post Office Box 746
     Montgomery, Alabama 36101-0746
     Office: (334) 269-9691
     Fax:    (334) 263-4766
     bill@blanchardlaw.com