IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-mj-10-CSC |
| ) | |
| CLARENCE EARL BIVINS ) | |

**O R D E R**

Now pending before the court is the defendant's motion to amend the complaint/indictment to correct the misspelling of the defendant's name (doc. # 13). Pleadings in this case name the defendant "Clarence Earl Bivines" when, in fact, his name is "Clarence Earl Bivins." Upon consideration of the motion, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The Clerk of the Court is DIRECTED to correct the docket to reflect the correct spelling of the defendant's name.

Done this 23rd day of February, 2007.

　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE