

FILED

FEB 22 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA       )
                                           )
              v.                     )     CR. NO. 2:07cr28-MEF
                                         )       [21 USC § 841(a)(1)]
~~CLARANCE EARL BIVINES~~    )
CLARENCE EARL BIVINS        )      <u>INDICTMENT</u>

The Grand Jury charges:

<u>COUNT 1</u>

On or about January 30, 2007, in Montgomery County, within the Middle District of

Alabama,

~~CLARANCE EARL BIVINES,~~
CLARENCE EARL BIVINS

defendant herein, did knowingly and intentionally possess with the intent to distribute 50 grams or

more of cocaine base ("crack"), a Schedule II Controlled Substance, in violation of Title 21, United

States Code, Section 841(a)(1).

<u>COUNT 2</u>

On or about January 30, 2007, in Montgomery County, within the Middle District of

Alabama,

~~CLARANCE EARL BIVINES,~~
CLARENCE EARL BIVINS

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture and

substance which contained a detectable amount of cocaine hydrochloride, a Schedule II Controlled

Substance, in violation of Title 21, United States Code, Section 841(a)(1).


** Indictment corrected to amend name by the Court on 2/23/07 (Doc.14).

SCANNED

15

A TRUE BILL:

Foreperson

*Patricia A. Watson*

for LEURA G. CANARY
UNITED STATES ATTORNEY

TOMMIE BROWN HARDWICK
Assistant United States Attorney