IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR. NO. 2:07CR28-MEF |
| ) | |
| CLARENCE EARL BIVINES ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for _____March 7, 2007,_____ in the above-styled cause.

You are DIRECTED to produce the following named prisoner:

**CLARENCE EARL BIVINES**

before the United States District Court at _____One Church Street, Montgomery, AL_____

in Courtroom 5-B on the __7th__ Day of _____March, 2007_____

at _____10:00 a.m._____

DONE this 25th day of February, 2007.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _Kell Gregg_
Deputy Clerk

c:   U.S. Attorney
U. S. Pretrial Services
U. S. Probation
Counsel of Record