| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2007 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:19 - 11:25 | |

√ **ARRAIGNMENT**  ❑ **CHANGE OF PLEA**  ❑ **CONSENT PLEA**
❑ **RULE 44(c) HEARING**  ❑ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:07cr28-MEF  **DEFENDANT NAME:** Clarence Earl Bivins
**AUSA:** Tommie Hardwick  **DEFENDANT ATTORNEY:** William Blanchard

Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
❑ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
❑ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❑ **WAIVER OF INDICTMENT** executed and filed.
❑ **INFORMATION** filed.
❑ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ **Not Guilty**
  ❑ Guilty as to:
    ❑ Count(s):
    ❑ Count(s):       ❑ dismissed on oral motion of USA
          ❑ to be dismissed at sentencing
❑ Written plea agreement filed  ❑ **ORDERED SEALED**
❑ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ CRIMINAL TERM:    **July 9, 2007**
 DISCOVERY DISCLOSURE DATE:  3/7/07 -except lab record to be provided 2 days after received by Government
❑ **ORDER:** Defendant continued under ❑ same bond; ❑ summons; for:
    ❑ Trial on _____; ❑ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
    ❑ Trial on _____; or ❑ Sentencing on _____
❑ Rule 44 Hearing:  ❑ Waiver of Conflict of Interest Form executed
        ❑ Defendant requests time to secure new counsel