IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07cr28-MEF |
| | ) | |
| CLARENCE EARL BIVINS | ) | |

## ORDER

For good cause, it is ordered that the suppression hearing set on May 25, 2007, be and is hereby RESET to 9:00 a.m. on June 5, 2007, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 21st day of May 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE