IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07CR28-MEF |
| | ) | |
| CLARENCE EARL BIVINS | ) | |

**ORDER**

Upon consideration of the unopposed motion to reschedule suppression hearing (doc. # 22) filed by the Government, it is

ORDERED that the motion be and is hereby DENIED as moot.

Done this 22nd day of May, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE