IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 2:07cr28-MEF |
| ) | |
| ) | |
| CLARENCE EARL BIVINS, ) | |
| Defendant. ) | |

### UNNOPPOSED MOTION TO RESCHEDULE PLEA DATE

**COMES NOW,** the Defendant Clarence Earl Bivins, by and through the undersigned counsel of record, and, after conferring with the Assistant United States Attorney, who has no objection hereto, respectfully requests that this Honorable Court will reschedule the current final date to submit Defendant's guilty plea from June 28, 2007 at noon to some date following June 28, 2007; as grounds Defendant avers as follows:

1. The Defendant has filed simultaneously with this Motion to Reschedule an "Objection to Recommendations of the Magistrate Judge."

2. These objections, the response to which will be of substantial importance as relates to a plea, will require a modicum of time to be reviewed by the Assistant United States Attorney, who may choose to respond thereto.

3. Additionally, the ruling(s) by this Honorable Court on the simultaneously-filed objections, and any response to them by the Government, will likewise carry great weight on the question of a considered plea, as will the ruling by the District Court upon the previously filed Motion to Suppress.

4.  The Assistant United States Attorney, with whom the counsel for Defendant has conferred, has no objection to a reasonable delaying of the current June 28th cutoff date for change of pleas to same later date.

**WHEREFORE**, these premises considered, the Defendant respectfully requests without opposition that this Honorable Court will reschedule the current final date to submit his notice of change of plea from June 28, 2007 at noon to some date following June 28, 2007.

Respectfully submitted this the 22nd day of June, 2007.

s/ William R. Blanchard (BLA029)
WILLIAM R. BLANCHARD
Attorney for the Defendant
BLANCHARD LAW OFFICES
Post Office Box 746
Montgomery, Alabama 36101-0746
(334) 269-9691
bill@blanchardlaw.com

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| vs. ) | **CASE NO.: 2:07cr28-MEF** |
| ) | |
| ) | |
| **CLARENCE EARL BIVINS,** ) | |
|     **Defendant.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Tommie Hardwick, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

        Respectfully submitted,

        s/ William R. Blanchard
        BLANCHARD LAW OFFICES
        505 South Perry Street
        Post Office Box 746
        Montgomery, Alabama 36101-0746
        Office: (334) 269-9691
        Fax:   (334) 263-4766
        (BLA029)