IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr--28-MEF |
| | ) | |
| CLARENCE EARL BIVINS | ) | |

## **O R D E R**

Upon consideration of defendant's Motion to Reschedule Plea Date (Doc. #31) filed on June 22, 2007, it is hereby

ORDERED that the motion is GRANTED

DONE this the 3rd day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE