IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | Case No. 2:07cr28-MEF |
| ) | |
| CLARENCE EARL BIVINS ) | |

**ORDER**

For good cause, it is

ORDERED that a pretrial conference presently be and is hereby set on September 21, 2007, at **1:00 p.m.**, in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. If the defendant is in custody and desires to be present, not later than three days prior to the proceeding counsel for the defendant shall so notify the United States Marshal or the person having custody of the defendant who shall produce the defendant for the conference.

Done this 5th day of July, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE