IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) CASE NO.: 2:07-cr-28-MEF |
| | ) |
| **CLARENCE EARL BIVINS** | ) |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **CLARNECE EARL BIVINS**, by and through counsel of record, and gives notice that he intends to change his plea from not guilty to guilty.

Respectfully submitted this the __19TH___day of September, 2007.

                                      s/ William R. Blanchard
                                      WILLIAM R. BLANCHARD
                                      Attorney for the Defendant

BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
(334) 269-9691

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CASE NO.: **2:07-cr-28-MEF** |
| | ) |
| **CLARENCE EARL BIVINS** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 19th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **AUSA Tommie Hardwick**, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax:    (334) 263-4766
(BLA029)