IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr28-MEF |
| ) | |
| CLARENCE EARL BIVINS ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner filed on December 11, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Clarence Earl Bivins from December 12, 2007, through January 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Robert Thornton/ABI and Brett Hamilton/DEA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 12th day of December, 2007.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE