AO 245B   (Rev. 06-05) Judgment in Criminal Case
Sheet 2 - Imprisonment

Judgment — Page __2__ of __6__

RECEIVED

2008 JAN 30 P 2: 4

| | |
|---|---|
| DEFENDANT: | **CLARENCE EARL BIVINS** |
| CASE NUMBER: | **2:07CR28-MEF-01** |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Fifty seven (57) months.**

X The court makes the following recommendations to the Bureau of Prisons:
> **The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.**
> **The Court further recommends that defendant be evaluated and if necessary receive Mental Health Treatment.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

**RETURNED AND FILED**

**FEB - 8** 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on _____1/22/08_____ to _FPC Montgomery_

at _Montgomery, AL_ , with a certified copy of this judgment.

_D. Drew_
UNITED STATES MARSHAL  WARden

By _____
DEPUTY UNITED STATES MARSHAL